UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

INJAH TAFARI,

                Plaintiff,                      9:08-cv-1060
                                                                  (GLS/DEP)

        v.

MICHAEL HOGAN et al.,

                Defendants.
_____

## ORDER

Pursuant to the court's order of October 12, 2012, this case is dismissed for failure to pay the statutory filing fee.  (*See* Dkt. No. 301.)[1]

**ACCORDINGLY**, it is hereby

**ORDERED** that this case is **DISMISSED** for failure to pay the statutory filing fee; and it is further

**ORDERED** that the Clerk is directed to close this case, enter judgment for defendants and provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

April 4, 2013
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court

---

[1] Tafari's remaining pending motions are denied for the reasons stated in the court's September 7, 2012 order and/or because they are moot.  (*See* Dkt. Nos. 260, 297, 307, 309.)